UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID A. McGLOTHLIN, et al.,

              Plaintiffs,

v.                              Case No. 3:03-cv-380-J-33HTS

JOHN LLOYD CONSTRUCTION CO.,
INC.,

              Defendant.
_____/

**<u>ORDER</u>**

This cause comes before the Court <u>sua</u> <u>sponte</u>. In an Order issued on October 10, 2003, the Court stayed this case for the duration of the bankruptcy proceedings. (Doc. # 6). The Court directed the Defendant to file status reports every ninety days. The latest status report in this case was filed by Defendant on August 17, 2004. (Doc. # 7). The status report indicated that "[a]n Order Approving Trustee's Report of No Distribution and Closing Estate was filed in the United States Bankruptcy Court on June 4, 2004." (Doc. # 7 at 1). The Defendant attached the referenced Order of the United States Bankruptcy Court, and the Order's relevant provisions state as follows:

> It appearing to the Court that the Trustee has filed his/her report of no distribution and that said Trustee has performed all other duties required in the administration of the estate; it is Ordered that the report is approved and the estate is closed. The Trustee is discharged from and relieved of his/her trust; and the bond of the Trustee is cancelled and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued

during the time such bond was in effect.
(Doc. # 7 at 3).

At this juncture, it is appropriate to inquire of the parties the status of the case. If the bankruptcy proceedings have concluded, the parties may request that the stay in this case be lifted and that this matter proceed in due course.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Within ten days of the date of this Order, the parties shall file a status report advising the Court of the status of the proceedings in this case.

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this 7th day of June, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copes to:

All counsel of record

- 2 -